

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Surrick, Richard B. | 4/12/00 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements received by spouse and dependent children, respectively. See pp. 25-28 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements.) | |
| Exempt | |
| | |
| | |
| | |
| | |
| | |

## V. GIFTS.

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate gifts received by spouse and dependent children, respectively. See pp. 29-32 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts.) | | |
| Exempt | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES.

*(Includes those of spouse and dependent children; indicate, where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 33-35 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities.) | | |
| PNC Bank (J) | Line of Credit | K |
| AMS Education Loan Trust | Education Loans | K |
| Academic Financial Services Assoc. | Education Loan | J |
| | | |
| | | |

*Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001-$100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-$1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,001 or more*

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of

spouse and dependent children. See pp. 36-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | Exempt |
| Commonwealth of PA State Employees Retirement System | None | | P1 | W | | | | | |
| 2 Equi-Vest Retirement Program (S) | None | | K | W | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |

| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Col C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities and to the best of my knowledge after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____   Date  4/12/00

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App. 4, § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT
## NET WORTH (4/1/00)

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in banks <br> (*PNC Checking Account*) | 7,306.36 | Notes payable to banks -- secured | None |
| U.S. Government securities -- add schedule | None | Notes payable to banks -- unsecured <br> *PNC Bank* | 24,500.00 |
| Listed securities -- add schedule | None | Notes payable to relatives | None |
| Unlisted securities -- add schedule | None | Notes payable to others | |
| | | *-Sallie Mae -- AMS Education Loan Trust (as of 7/11/99)* | 45,351.39 |
| | | *-Columbia University* | 13,641.59 |
| Accounts and notes receivables | None | Accounts and bills due | |
|    Due from relatives and friends | --- | *-Franklin Mint (auto loan)* | 3,929.26 |
|    Due from others | --- | *-First USA Credit Card,* | 3,856.75 |
|    Doubtful | --- | *-PNC Credit Card* | 1,910.56 |
| | | *-American Express* | 2,272.62 |
| Real estate owned -- add schedule | 346,880.00 | Unpaid income tax | None |
| Real estate mortgages receivable | None | Other unpaid tax and interest | None |
| Autos and other personal property | 25,000.00 | Real estate mortgages payable -- add schedule <br> (*Franklin Mint Federal Credit Union*) | 231,103.74 |
| Cash value -- life insurance | None | Chattel mortgages and other liens payable | None |
| Other assets -- itemize: | None | Other debts -- itemize: | None |
| | | | |
| Total Assets: | 379,186.36 | Total Liabilities: | 326,565.91 |
| | | Net Worth: | 52,620.45 |
| | | Total liabilities and net worth: | 379,186.36 |
| CONTINGENT LIABILITIES | | GENERAL INFORMATION | |
| As endorser, co-maker or guarantor | None | Are any assets pledged? (Add schedule) | No |
| On leases or contracts | None | Are you defendant in any suits or legal actions? | No |
| Legal claims | None | Have you ever taken bankruptcy? | No |
| Provision for Federal Income Tax | None | | |
| Other special debt | None | | |